1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO NGWAZI WOOTEN,

11            Plaintiff,                    No. CIV S-10-2382 DAD P

12        vs.

13   MIKE GREGORY SOKOHOU,           ORDER AND

14            Defendants.             FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed September 15, 2010, plaintiff was ordered to file an in forma

17   pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that

18   failure to do so would result in a recommendation that this action be dismissed.  The thirty day

19   period has now expired, and plaintiff has not responded to the court's order.

20            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

21   randomly assign a United States District Judge to this action.

22            IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.

24            These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

26   one days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  Such a document should be captioned "Objections to Magistrate

2  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

3  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

4  Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: October 26, 2010.

6

7  _____

8  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

9  DAD:9
   woot2382.fifp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2